**United States District Court for the District of Columbia**

**United States of America**          \*

   v.                                 \*          Crim. No. 1:15-cr-00066-EGS-1

**Azeik Keys**                         \*

**Consent Motion for Appropriate Relief**

Pursuant to *Williams v. Oklahoma City*, 395 U.S. 458 (1969), Fed. R. Crim. P. 47, and Loc. R. 47, defendant Azeik Keys moves without opposition from the government for access to the sealed portion(s) of the record including documents in an unredacted format. In support defendant states:

1.  On June 13, 2018 the Court appointed me as substitute counsel, pursuant to the Criminal Justice Act. Doc. 1735776 in D.C. Cir. No. 17-3054.

2.  Competent representation of Mr. Keys requires examination of the record in the District Court, researching the law, and to marshalling arguments in support of Mr. Keys' position, all with due diligence. *Anders v. California*, 386 U.S. 738 (1967); *Suggs v. United States*, 391 F.2d 971 (D.C. Cir., 1968); D.C. R. of Prof'l Conduct 1.1 & 1.3.

3.  Specifically, I need to examine Mr. Keys' Memorandum in Aid of Sentencing filed under seal on April 20, 2017 and the Presentence Report filed January 13, 2017. Doc. 56.

4.  Ordinarily, when I have been trial counsel, I can access the defendant's sealed filings and Presentence Report in CM/ECF, but I was not Mr. Keys' trial counsel.

5. Based on information and belief the Clerk also requires an order for counsel to access and copy sealed documents in an unredacted format.

6. If sealed material must be included in any filing with the Court of Appeals, I am familiar with the requirements for sealing the record in the Court of Appeals, pursuant to Cir. R. 47.1.

7. I understand that I must take reasonable steps to ensure that sealed information is not made public, such as seeking an appropriate order, and complying with any additional or alternative restrictions that the Court might impose on the use of this material.

8. I have corresponded about this request with Assistant United States Attorney Elizabeth Trosman, who is Chief of the Appellate Division, and I have copied counsel of record.

9. Ms. Trosman's assistant Ms. Lori Buckler has indicated to me that the government does not object.

/s/
William L. Welch, III
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 649-5217
Counsel for Azeik Keys

**Points and Authorities**

*Anders v. California*, 386 U.S. 738 (1967)
*Suggs v. United States*, 391 F.2d 971 (D.C. Cir., 1968)
*Williams v. Oklahoma City*, 395 U.S. 458 (1969).

Cir. R. 47.1.
Fed. R. Crim. P. 47.
Loc. R. 47.
D.C. R. of Prof'l Conduct 1.1.
D.C. R. of Prof'l Conduct 1.3.

## Certificate of Service

I hereby certify that on this 12th day of August, 2018 a copy of the foregoing Motion for Appropriate Relief was delivered electronically to Ms. Jamila H. Hodge (jamila.hodge@usdoj.gov) and to Mr. Emory V. Cole (Emory.Cole@usdoj.gov), Office of the United States Attorney, 555 Fourth Street NW, Washington, DC 20530.

                                             /s/
                                  William L. Welch, III